**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 406573 |
| DATE | 04-APR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1072043 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | icsu 1818484 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 03-JUN-05 | | |
| SHIP DATE 04-APR-05 | | SHIP VIA Other | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 4000MM-FIN **Mosquito Magnet Defender Finland | 110 | | 110 | 200.00 | 22,000.00 |
| 2 | 4000MM-DEN **Mosquito Magnet Defender Denmark | 8 | | 8 | 200.00 | 1,600.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 23,600.00 | 0.00 | 0.00 | 23,600.00 |

Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 405815 |
| DATE | 28-MAR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 1075025 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1075025 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | ABXG110E5008076 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 27-MAY-05 | | |
| SHIP DATE 28-MAR-05 | | SHIP VIA ABX | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1000MMWP.PACK-INT<br>**Replacement Commercial Pro Power Pack International | 15 | | 15 | 375.00 | 5,625.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 5,625.00 | 0.00 | 0.00 | 5,625.00 |

Mosquito Magnet Octenol Biting Insect Attractant. EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 405849 |
| DATE | 28-MAR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 1072043 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1072043 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | ABXG11OE05008076 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 27-MAY-05 | | |

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|
| 28-MAR-05 | ABX | |

| FREIGHT TERMS | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |
|---|---|---|
| | | |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1100MM-FIN<br>**1100MM for Finland | 32 | | 32 | 795.00 | 25,440.00 |
| 2 | 1100MM-DEN<br>**Professional Denmark | 20 | | 20 | 795.00 | 15,900.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 41,340.00 | 0.00 | 0.00 | 41,340.00 |

Mosquito Magnet Octenol Biting Insect Attractant EPA Registration No 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 405848 |
| DATE | 28-MAR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1072043 |
| CUSTOMER NUMBER | 89703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | ABXG110E05008076 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 27-MAY-05 | | |
| SHIP DATE 28-MAR-05 | | SHIP VIA ABX | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 4000MM-IRL<br>**Mosquito Magnet Defender Ireland | 150 | | 150 | 200.00 | 30,000.00 |
| 2 | 3100MM-IRL<br>**3100MM for Ireland | 100 | | 100 | 460.00 | 46,000.00 |
| 3 | 1100MM-IRL<br>**1100MM for Ireland | 80 | | 80 | 795.00 | 63,600.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 139,600.00 | 0.00 | 0.00 | 139,600.00 |

**Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1**

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 406357 |
| DATE 31-MAR-05 | PAGE 1 of 1 |
| PURCHASE ORDER NUMBER | 1072043 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1072043 |
| CUSTOMER NUMBER 59703 | LOCATION 115629 |
| WAYBILL NUMBER | gldu 0945923 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 30-MAY-05 | | |
| SHIP DATE 31-MAR-05 | | SHIP VIA ABX | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 3100MM-FIN<br>**3100MM for Finland | 12 | | 12 | 460.00 | 5,520.00 |
| 2 | 3100MM-NOR<br>**Liberty Plus Norway | 204 | | 204 | 460.00 | 93,840.00 |
| 3 | 1100MM-FIN<br>**1100MM for Finland | 38 | | 38 | 795.00 | 30,210.00 |
| 4 | 1100MM-NOR<br>**Professional Norway | 70 | | 70 | 795.00 | 55,650.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 185,220.00 | 0.00 | 0.00 | 185,220.00 |

Mosquito Magnet Octenol Biting Insect Attractant. EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 406432 |
| DATE | 31-MAR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 1072043 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1072043 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | mscu 4106321 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 30-MAY-05 | | |
| SHIP DATE 31-MAR-05 | | SHIP VIA ABX | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 3100MM-FIN<br>**3100MM for Finland | 238 | | 238 | 460.00 | 109,480.00 |
| 2 | 3100MM-NOR<br>**Liberty Plus Norway | 46 | | 46 | 460.00 | 21,160.00 |
| 3 | 3100MM-DEN<br>**Liberty Plus Denmark | 50 | | 50 | 460.00 | 23,000.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 153,640.00 | 0.00 | 0.00 | 153,640.00 |

Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 406358 |
| DATE | 31-MAR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1072043 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | mscu 4106321 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 30-MAY-05 | | |

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|
| 31-MAR-05 | ABX | |

| FREIGHT TERMS | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |
|---|---|---|
| | | |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 4000MM-NOR<br>**Mosquito Magnet Defender Norway | 110 | | 110 | 200.00 | 22,000.00 |
| 2 | 4000MM-DEN<br>**Mosquito Magnet Defender Denmark | 12 | | 12 | 200.00 | 2,400.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 24,400.00 | 0.00 | 0.00 | 24,400.00 |

Mosquito Magnet Octenol Biting Insect Attractant. EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Credit Memo

| | |
|---|---|
| NUMBER | 413476 |
| DATE | 26-APR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 103633 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 103633 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| | 26-APR-05 | | |
| **SHIP DATE** 26-APR-05 | | **SHIP VIA** | **SHIPPING REFERENCE** |
| **FREIGHT TERMS** | | **REQUESTOR/DELIVERY** | **CONFIRM TO/TELEPHONE** |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | FRT-ADJ<br>**Freight Charge Adjustment | -1 | | -1 | 750.00 | (750.00) |

**************************************************
Credit Memo Confirmation
This is not a request for payment
**************************************************

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | (750.00) | 0.00 | 0.00 | (750.00) |

Mosquito Magnet Octenol Biting Insect Attractant. EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 413578 |
| DATE | 26-APR-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 103630 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 103630 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | 0 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 25-JUN-05 | | |

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|
| | | |

| FREIGHT TERMS | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |
|---|---|---|
| | | |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | FRT-ADJ<br>**Freight Charge Adjustment | 1 | | 1 | 375.00 | 375.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 375.00 | 0.00 | 0.00 | 375.00 |

Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 426745 |
| DATE | 03-JUN-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 1092055 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1092055 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | 8387 2637 6291 0425 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 02-AUG-05 | | |

| SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|
| 03-JUN-05 | Other | |

| FREIGHT TERMS | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |
|---|---|---|
| | | |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | BACK ORD. | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | OCT-3-FIN<br>**Octenol 3 pack for Finland | 1290 | | 1290 | 12.00 | 15,480.00 |
| 2 | OCT-3-NOR<br>**Octenol 3 pack for Norway | 1290 | | 1290 | 12.00 | 15,480.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 30,960.00 | 0.00 | 0.00 | 30,960.00 |

Mosquito Magnet Octenol Biting Insect Attractant EPA Registration No. 72563-1

**American Biophysics Corp.**
140 Frenchtown Rd
North Kingstown, RI 02852
Tel: 401-884-3500 Fax: 401-884-6688

American Biophysics Corporation

# Invoice

| | |
|---|---|
| NUMBER | 424330 |
| DATE | 26-MAY-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 1088189 |
| PROJECT NUMBER | |
| SALES ORDER NUMBER | 1088189 |
| CUSTOMER NUMBER | 59703 |
| LOCATION | 115629 |
| WAYBILL NUMBER | 8072 6661 0297 |

**BILL TO:**
Attn: Accounts payable
Midge Master Ltd LLC
1028 Legrande Blvd.
Eskadale House
Charleston SC 29492

**SHIP TO:**
Midge Master Ltd LLC
GPS C/O UCI
99 Baillieston Road
Baillieston
Glasgow, G32 OTF
United Kingdom

**REMIT TO:**
PO Box 3273
Boston MA 02241-3273

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|---|
| 60 NET | 25-JUL-05 | | |
| SHIP DATE | 26-MAY-05 | SHIP VIA Other | SHIPPING REFERENCE |
| FREIGHT TERMS | | REQUESTOR/DELIVERY | CONFIRM TO/TELEPHONE |

| ITEM NO | PART NUMBER/DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | OCT-3-DEN<br>**Octenol 3 pack for Denmark | 270 | | 270 | 12.00 | 3,240.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDLING | TOTAL |
|---|---|---|---|---|
| | 3,240.00 | 0.00 | 0.00 | 3,240.00 |

Mosquito Magnet Octenol Biting Insect Attractant, EPA Registration No. 72563-1

# AMERICAN BIOPHYSICS CORP

**15-Mar-06**

**Midge Master, Ltd LLC**

| Number | Class | Days Late | Due Date | Original | Balance Due | Status |
|---|---|---|---|---|---|---|
| 406573 | Invoice | 285 | 3-Jun-05 | $23,600.00 | $23,600.00 | Open |
| 405815 | Invoice | 292 | 27-May-05 | $5,625.00 | $5,625.00 | Open |
| 405849 | Invoice | 292 | 27-May-05 | $41,340.00 | $41,340.00 | Open |
| 405848 | Invoice | 292 | 27-May-05 | $139,600.00 | $139,600.00 | Open |
| 406357 | Invoice | 289 | 30-May-05 | $185,220.00 | $185,220.00 | Open |
| 406432 | Invoice | 289 | 30-May-05 | $153,640.00 | $153,640.00 | Open |
| 406358 | Invoice | 289 | 30-May-05 | $24,400.00 | $24,400.00 | Open |
| 413476 | Credit Memo | 323 | 26-Apr-05 | -$750.00 | -$750.00 | Open |
| 413578 | Invoice | 263 | 25-Jun-05 | $375.00 | $375.00 | Open |
| 426745 | Invoice | 225 | 2-Aug-05 | $30,960.00 | $30,960.00 | Open |
| 424330 | Invoice | 233 | 25-Jul-05 | $3,240.00 | $3,240.00 | Open |
| | | | | Total: | $607,250.00 | |