UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., Plaintiff, | : | |
| vs. | : | C.A. NO. 06-142/T |
| MIDGEMASTER LTD., LLC. And MICHAEL QUATTLEBAUM Defendant | : | |

**STIPULATION**

By agreement of the parties, Midgemaster, Ltd., LLC and Michael Quattlebaum shall have up to and including May 22, 2006, to answer or otherwise respond to the Complaint.

**AMERICAN BIOPHYSICS CORP.**

By its attorney,

Jeffrey Brenner, Esq.
State Bar No.
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030

Dated: 4/6/05

**MIDGEMASTER LTD., LLC. and MICHAEL QUATTLEBAUM**

By their attorney,

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: 4/7/06

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 4/12/06