September 15, 2004

Mr. Juan Rocha
American Biophysics
140 Frenchtown Road
North Kingstown, RI 02852

Dear Juan:

I enjoyed speaking with you today and working out all the issues on hand so that we can move forward with a mutually beneficial relationship. In summary, along with the accompanying amendment to make the changes discussed to our contract, the following are the points that we have agreed to:

1) $60,000 will be deducted from our invoice balance to cover the cost of carrying the broken machines over the winter.

2) American Biophysics will reimburse Midgemaster up to $30,000 for all costs incurred repairing faulty machines this season, including, but not limited to, freight and labor costs. Midgemaster must provide documentation to ABC for the actual costs incurred.

3) American Biophysics will send Joe Willis and 2 associates to Scotland to repair all faulty machines currently warehoused. This includes upgrading all machines with the new circuit board technology. The work will begin in October and be completed no later than December 31, 2004.

4) American Biophysics will reimburse Midgemaster at a mutually agreed price per machine if it is decided to have Midgemaster repair the units.

5) Midgemaster will send two associate to the factory in Rhode Island to be trained in all manner of repair of machines.

6) American Biophysics and Midgemaster will work jointly to establish an adequate spare parts inventory in the UK.

7) American Biophysics and Midgemaster will work diligently to establish a proper warranty procedure for all Midgemaster territories.

Juan, Aaron informed us that today is the last day of your fiscal year. We FedEXed (tracking # 8469 0155 3532) a check for $599,503.41 to ABC for delivery date, with the

understanding that this agreement, and the amendment to the lease, be executed today. As we told Aaron, we reserve the right to put a stop payment on the check if these agreements are not executed

I look forward to hearing from you.

Sincerely,

Alex M Quattlebaum

Agreed, Date 9/17/04

American Biophysics Corporation

**ACKNOWLEDGEMENT**

State of Rhode Island
County of Washington

In North Kingstown, Rhode Island in said County on the 17th day of September, 2004, before me personally appeared Raymond Iannetta, President of American Biophysics Corporation, to me known and known by me to be the party executing the foregoing instrument on behalf of said corporation, and he acknowledged said instrument, by him executed, to be his free act and deed and the free act and deed of said corporation.

Notary Public: Phyllis A. Bookataub
My Commission Expires 11/18/06