UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 22 2006
Property of U.S. District Court
District of Rhode Island

AMERICAN BIOPHYSICS CORP., :
Plaintiff, :
v. : C.A. No. 06-142/T
:
MIDGEMASTER LTD., LLC. and :
MICHAEL QUATTLEBAUM, :
Defendants. :

**STIPULATION**

Plaintiff American Biophysics Corp. ("ABC"), Defendant Midgemaster Ltd., LLC ("Midgemaster"), and Defendant Michael Quattlebaum ("Quattlebaum") hereby stipulate as follows:

1. ABC has filed this lawsuit against Midgemaster and Quattlebaum seeking $607,250.00, plus interest, costs, and reasonable attorneys' fees.

2. Midgemaster has in its possession various Mosquito Magnets® which are specified in a list of inventory, parts, and accessories (the "Inventory").

3. ABC, Midgemaster, and Quattlebaum agree that the value of the Inventory is $405,583.85.

4. Midgemaster has agreed to transfer the Inventory to ABC in accordance with a letter agreement dated April 10, 2006, which has been signed by ABC and Midgemaster.

5. Possession of the Inventory has transferred from Midgemaster to ABC. Therefore, ABC has credited the agreed upon value of the Inventory, $405,583.85, against the amount that ABC seeks from Midgemaster and Quattlebaum in this lawsuit.

Plaintiff,
American Biophysics Corp.,
By its Attorney,

Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: May 19, 2006

Defendants,
Midgemaster Ltd., LLC and Michael Quattlebaum,
By their Attorney,

Melissa M. Horne (#5291)
Winograd, Shine & Zacks
101 Dyer Street
Providence, RI 02903
Tel: (401) 273-8300
Fax: (401) 272-5728

ENTER:

Ernest C. Torres
Chief, U.S. District Judge
Dated: May 25, 2006