**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMERICAN BIOPHYSICS CORP.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 06-142/T** |
| | : | |
| **MIDGEMASTER LTD., LLC. and** | : | |
| **MICHAEL QUATTLEBAUM** | : | |
| **Defendant** | : | |

**STIPULATION**

By agreement of the parties, Midgemaster Ltd., LLC and Michael Quattlebaum, shall have up to and including October 31, 2006, to file their Responses to Plaintiff's First Request for Production of Documents and Answers to Plaintiff's First Set of Interrogatories.

**AMERICAN BIOPHYSICS CORP.**

By its Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner, Esq.
State Bar No. 4369
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
Dated:

**MIDGEMASTER LTD., LLC and**
**MICHAEL QUATTLEBAUM**

By its Attorney,

/s/ Melissa M. Horne
Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated:

Approved:

____________________
Ernest C. Torres
Chief, U.S. District Judge
Dated: