**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMERICAN BIOPHYSICS CORP., Plaintiff,** | : | |
| **vs.** | : | **C.A. NO. 06-142/T** |
| **MIDGEMASTER LTD., LLC. and MICHAEL QUATTLEBAUM Defendant** | : | |

**RULE 16 STATEMENT OF DEFENDANT MIDGEMASTER LTD., LLC**

Defendant, Midgemaster Ltd., LLC ("Midgemaster"), asserts a counterclaim in which Midgemaster alleges various causes of action arising out of a series of commercial transactions between Midgemaster and Plaintiff, American Biophysics Corp. ("ABC"). The counterclaims asserted by Midgemaster and the elements it must prove to sustain its counterclaims are as follows:

**1. Breach of Contract – Exclusive Distributorship Agreement**

Elements:

a. An offer;

b. An acceptance of the offer;

c. Legal consideration;

d. Mutuality of agreement;

e. Mutuality of obligation;

f. Breach; and

g. Damages.

Authority: See generally, Model Civil Jury Instructions for Rhode Island, Chapter 3001-3002.5 (Rhode Island Bar Association, 2003) ("Model Jury Instructions"), citing Smith v. Boyd, 553 A.2d 131 (R.I. 1989); Lamoureux v. Burrillville Racing Association, 161 A.2d 213 (R.I. 1960).

2. **Breach of Contract – September 17, 2004 Agreement**

Elements:

a. An offer;

b. An acceptance of the offer;

c. Legal consideration;

d. Mutuality of agreement;

e. Mutuality of obligation;

f. Breach; and

g. Damages.

Authority: See generally, Model Civil Jury Instructions for Rhode Island, Chapter 3001-3002.5 (Rhode Island Bar Association, 2003) ("Model Jury Instructions"), citing Smith v. Boyd, 553 A.2d 131 (R.I. 1989); Lamoureux v. Burrillville Racing Association, 161 A.2d 213 (R.I. 1960).

3. **Breach of Express Warranty**

Elements:

a. A contract for the purchase and sale of goods;

b. Statements or representations made by ABC that induced Midgemaster to purchase the goods;

c. Midgemaster's reliance on such statements or representations;

d. Breach of the warranty;

e. Notice of the breach of warranty to ABC within a reasonable period of time after discovery of the breach; and

f. Consequential damages which were foreseeable to ABC.

Authority: R.I. Gen. Laws §§ 6A-2-313, 607, 714 and 715; Thomas v. Amway Corp., 488 A.2d 716, 720 (R.I. 1985).

**4. Breach of Implied Warranty of Merchantability**

Elements:

a. A contract for the purchase and sale of goods;

b. ABC's status as a merchant with respect to the goods;

c. The goods were defective at the time they left ABC's control;

d. Notice of the breach of warranty to ABC within a reasonable period of time after discovery of the breach; and

e. Consequential damages which were foreseeable to ABC.

Authority: R.I. Gen. Laws §§ 6A-2-314, 607, 714 and 715; Lariviere v. Dayton Safety Ladder Co., 525 A.2d 892, 896 (R.I. 1987).

5. **Breach of Implied Warranty of Fitness for a Particular Purpose**

Elements:

a. A contract for the purchase and sale of goods;

b. Knowledge by ABC of Midgemaster's particular purpose and that Midgemaster was relying on ABC's skill or judgment to furnish appropriate goods;

c. Reliance by Midgemaster on ABC's skill or judgment in deciding to purchase the Products;

d. Breach of the warranty;

e. Notice of the breach of warranty to ABC within a reasonable period of time after discovery of the breach; and

f. Consequential damages which were foreseeable to ABC.

Authority: R.I. Gen. Laws §§ 6A-2-315, 607, 714 and 715; Lariviere v. Dayton Safety Ladder Co., 525 A.2d 892, 897 (R.I. 1987).

**MIDGEMASTER LTD., LLC. and**
**MICHAEL QUATTLEBAUM**

By their attorney,

/s/ Melissa M. Horne

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: October 31, 2006

## CERTIFICATION

I hereby certify that on the 31st day of October, 2006, I forwarded a true copy of the within Pretrial Statement to Jeffrey Brenner, Esq., Nixon Peabody, LLC, One Citizens Plaza, Providence, RI 02903 by hand delivery.

/s/ Melissa M. Horne