UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-142/T |
| | : | |
| MIDGEMASTER LTD., LLC. and | : | |
| MICHAEL QUATTLEBAUM, | : | |
| Defendants. | : | |

**STIPULATION**

Plaintiff American Biophysics Corp. ("ABC"), Defendant Midgemaster Ltd., LLC ("Midgemaster"), and Defendant Michael Quattlebaum ("Quattlebaum") hereby stipulate as follows:

1. ABC shall have up to and including Friday, December 29, 2006, to respond to Midgemaster's Interrogatories and Request for Production of Documents.

Plaintiff,
American Biophysics Corp.,
By its Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Defendants,
Midgemaster Ltd., LLC and Michael Quattlebaum,
By their Attorney,

/s/ Melissa M. Horne
Melissa M. Horne (#5291)
mhorne@wszlaw.com
Winograd, Shine & Zacks
101 Dyer Street
Providence, RI 02903
Tel: (401) 273-8300
Fax: (401) 272-5728

Dated: November 28, 2006