UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN BIOPHYSICS CORP.,<br>Plaintiff, | : | |
| vs. | : | C.A. NO. 06-142/T |
| MIDGEMASTER LTD., LLC. and<br>MICHAEL QUATTLEBAUM<br>Defendant | : | |

## STIPULATION

By agreement of the parties, American Biophysics Corp., shall have up to and including February 27, 2007, to file its Responses to Defendant, Midgemaster, Ltd., LLC's First Request for Production of Documents and Answers to First Set of Interrogatories.

**AMERICAN BIOPHYSICS CORP.**

By its Attorney,

*/s/ Jeffrey S. Brenner*
Jeffrey S. Brenner, Esq. (#4369)
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
JBrenner@nixonpeabody.com

Dated: December 28, 2006

**MIDGEMASTER LTD., LLC and MICHAEL QUATTLEBAUM**

By their Attorney,

*/s/ Melissa M. Horne*
Melissa M. Horne, Esq. (#5291)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
mhorne@wszlaw.com

Dated: December 28, 2006