UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN BIOPHYSICS
CORPORATION,
PLAINTIFF

v.                                  C.A. No. 06-142ML

MIDGEMASTER LTD, LLC, MICHAEL
QUATTLEBAUM,
DEFENDANTS

### SHOW CAUSE ORDER

On or before **March 13th, 2009,** Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

_____
Deputy Clerk

ENTER:

_____
Mary M. Lisi
Chief United States District Judge
Date: 2/10/09
FORMS/SHWCAUS2.ORD